■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTTO GONELL, Appellant. [1 NYS3d 810]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered on or about November 27, 2013, which adjudicated defendant a level two sexual offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant did not warrant such a departure, given the egregious circumstances of the underlying crime against a 13-year-old child and defendant's overall criminal record, including his history of absconding and remaining a fugitive. Concur—Tom, J.P., Andrias, Richter and Gische, JJ.